*Hugh F. Keefe* and *Suzanne L. McAlpine,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 6, 1996

### STATE OF CONNECTICUT *v.* TOMMY BATTLE

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 742 (AC 13256), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Lisa Herskowitz,* deputy assistant state's attorney, in opposition.

Decided June 6, 1996

### STATE OF CONNECTICUT *v.* EDWARD A. OWEN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 132 (AC 13341), is denied.

*Thomas J. Rechen,* in support of the petition.

*Jo Anne Sulik,* deputy assistant state's attorney, in opposition.

Decided June 6, 1996

### AUGUSTUS J. SIMMONS *v.* HORACE B. WETHERALL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15481) is denied.